*Montford C. Holley* for appellant.

*Percy R. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

---

AUGUST LOHMAN, Respondent, *v.* MAX M. HART et al., Appellants.

*Fraud — action to recover money alleged to have been paid by plaintiff to defendants by reason of the latter's false representations.*

*Lohman v. Hart,* 209 App. Div. 836, affirmed.

(Argued October 16, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover $1,600 alleged to have been obtained by the defendants from the plaintiff on or about the 1st day of June, 1922, through alleged false representations by the defendants. The complaint in substance alleged that while the plaintiff was under arrest and in custody charged with violation of the Volstead Act, these defendants falsely represented to the plaintiff that his bail had been fixed at $5,000, and that if he would secure the defendants to the extent of $2,000 they would furnish the additional $3,000 as the indemnity for such bail; that the plaintiff relying upon such mis-representations gave to the defendants $1,600; that the plaintiff's bail was actually fixed at $1,000, and that the defendants refused to return the said $1,600.

*Henry Epstein* and *Maurice Smith* for appellants.

*William L. Wemple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.